IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 23-03055-01-CR-S-TLB |
| RYAN M. SUMMERS, | ) UNDER SEAL |
| Defendant. | ) |

# EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 3/7/24 | 3:03 | Curriculum Vitae – Leticia Armstrong, Psy.D., L.P. |
| 2 | ✓ | 3/7/24 | 3:03 | Forensic Psychological Report – January 4, 2024, Leticia Armstrong, Psy.D., L.P. |

I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____        _____
Signature                                          Printed Name